AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

Western District of Texas

**FILED**

May 01, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ AC _____

DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **SA:26-MJ-596** |
| VICTOR ACHILLES MARTINEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 2, 2026  in the county of  Bexar  in the Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2252A(a)(2) | Distribution of Child Pornography |

PENALTIES:  5 - 20 years imprisonment; Lifetime Supervised Release; $250,000 fine; $100 Special Assessment; $5,000 JVTA; Up to $35,000 AVAA; Restitution and Forfeiture

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

JARED COLLEDGE  Digitally signed by JARED COLLEDGE
Date: 2026.05.01 09:12:46 -05'00'

*Complainant's signature*

JARED COLLEDGE, FBI, SA

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  May 1, 2026

*Judge's signature*

City and state:  San Antonio, Texas

Henry J. Bemporad, US Magistrate Judge

*Printed name and title*

**<u>COMPLAINT AFFIDAVIT</u>**

I, Jared Colledge, being duly sworn, depose and state that:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since September 2022, and I am currently assigned to the San Antonio Field Office. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through crimes against children investigator trainings and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review examples of child exploitation and child pornography (as defined in 18 U.S.C § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in all forms of media including computer media.

2. This affidavit is being submitted in support of an Application for a Criminal Complaint for Victor Achilles Martinez (Martinez).

3. In December 2024, FBI Honolulu initiated an investigation based on the observation that CSAM was being distributed in a chat room on the Wire messaging application called "Le Petite Morte" (The Little Death). On December 10, 2024, an FBI Online Covert Employee from FBI Honolulu observed that on November 21, 2024 a Wire user with username "@youngtimer" shared eight CSAM videos within the chat room, half of which involved infants and toddlers being sexually assaulted.

4. FBI Honolulu requested subscriber information regarding Wire username "@youngtimer." Wire.com provided the following subscriber information that included

an email address of desroyer.vam@gmail.com, User ID of young_timer, and a name of Tyrtle.

5. FBI Honolulu contacted the National Center for Missing and Exploited Children (NCMEC) to search for existing CyberTip reports against email address desroyer.vam@gmail.com. A CyberTip that referenced email address desroyer.vam@gmail.com was submitted to the National Center for Missing and Exploited Children (NCMEC) by Meta Platforms in October 2023. The CyberTip reported that Instagram account "5monkeyslol" was suspected of possessing CSAM. The Instagram account "5monkeyslol" was registered using email address desroyer.vam@gmail.com and phone number xxx-xxx-9975. The provided IP address resolved to San Antonio, Texas.

6. In February 2025, FBI San Antonio served a subpoena to Google LLC requesting subscriber information for email address desroyer.vam@gmail.com. Google LLC provided subscriber information that showed a display name of Victor Mtz and account holder name of Victor A. Martinez (MARTINEZ). Google LLC also provided cell phone data and IP Addresses for logins and login attempts associated with email address. This showed an Android device with IMEI number 352027983121754. The IP addresses included two successful logins to access the email account of desroyer.vam@gmail.com on or around November 21, 2024, when the eight CSAM videos were shared in the Wire chat room.

7. In April 2026, FBI San Antonio served a subpoena to Charter Communications Inc. requesting subscriber information for the two IP addresses identified by Google LLC used to log in around the time the CSAM was shared. Charter Communications Inc.

provided subscriber information with a service address of XXXX Alexa Pl, San Antonio, TX 78251.

8. On April 30, 2026, FBI San Antonio executed a search warrant for XXXX Alexa Pl, San Antonio, Texas and MARTINEZ. During the execution of the search warrant, a Motorola Moto g power 5G, phone number XXX-XXX-9975, IMEI: 352027983121754 was seized. On this device, the Telegram application was found with logged in user @Monkey5For, phone number: XXX-XXX-9975. Within the Telegram chats, user @Monkey5For sent approximately 16 videos on February 2, 2026. One of these videos was 20 seconds in length and depicted an infant lying in a car seat. An adult male can be seen standing above the child with his erect penis exposed. The adult male then inserts his erect penis into the child's mouth. This video contains child sexual abuse material (CSAM) and meets the federal definition of child pornography.

9. MARTINEZ was interviewed during the execution of the search warrant. He confirmed his phone number as XXX-XXX-9975 and an email address of desroyer.vam@gmail.com. MARTINEZ made the email when he was younger and had the email for a long period of time. MARTINEZ had an Instagram with username "5monkeyslol," but it had been deactivated. No one else had access to MARTINEZ's cell phone.

10. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that on or about February 2, 2026, in the Western District of Texas, VICTOR ACHILLES MARTINEZ, did knowingly distribute child pornography in

violation of Title 18 United States Code, Section 2252.

JARED
COLLEDGE

Digitally signed by JARED
COLLEDGE
Date: 2026.05.01
09:13:14 -05'00'

Jared Colledge
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to on May 1, 2026.

HENRY J. BEMPORAD
US MAGISTRATE JUDGE